AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Novack, Charles D. | Bankruptcy Court, Northern District of California | 05/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1300 Clay Street, Courtroom 215
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor | UC Hastings College of the Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Hastings College of the Law, payment for teaching during spring 2018 semester | $4,934.25 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 28 - 31, 2018 | San Antonio, Texas | Conference | two nights at hotel |
| 2. | Central District Consumer Bankruptcy Attorneys Association | January 27, 2018 | Los Angeles, California | Conference | hotel and airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Nordstrom | credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - Schwab Ad. Cash Reserve | A | Dividend | J | T | Sold (part) | 01/02/18 | J | | |
| 3. | | | | | Sold (part) | 01/05/18 | J | | |
| 4. | | | | | Buy (add'l) | 01/30/18 | J | | |
| 5. | | | | | Sold (part) | 02/13/18 | J | | |
| 6. | | | | | Sold (part) | 04/04/18 | J | | |
| 7. | | | | | Sold (part) | 04/04/18 | J | | |
| 8. -Accenture PLC Class A | A | Dividend | K | T | | | | | |
| 9. - Amgen Inc. (common) | B | Dividend | K | T | | | | | |
| 10. - Auto Data Processing (common) | A | Dividend | K | T | Buy | 08/14/18 | K | | |
| 11. -Canadian National Railways Co. (common) | A | Dividend | K | T | | | | | |
| 12. -Cummins, Inc. (common) | A | Dividend | | | Sold | 08/14/18 | K | B | |
| 13. - CVS Health Corp. (common) | A | Dividend | | | Sold | 01/09/18 | K | A | |
| 14. -Estee Lauder Co, Inc., Classs A | A | Dividend | K | T | Sold (part) | 01/09/18 | J | A | |
| 15. | | | | | Sold (part) | 04/02/18 | J | B | |
| 16. -Factset Research System, Inc. (common) | A | Dividend | K | T | | | | | |
| 17. FedEx Corp. (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Hormel (common) | A | Dividend | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. - KeyCorp, Inc. (common) | A | Dividend | K | T | Buy | 01/25/18 | K | | |
| 21. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 22. - Lowe's Companies, Inc. (common) | A | Dividend | K | T | Buy | 02/09/18 | K | | |
| 23. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 24. - Magellan Midstream Partners (common) | A | Dividend | | | Sold | 04/02/18 | J | D | |
| 25. - Metronic, Inc. (common) | A | Dividend | K | T | | | | | |
| 26. -Nike, Inc. (common) | A | Dividend | K | T | Sold (part) | 08/14/18 | J | A | |
| 27. -Novo - Nordisk as ADR | | None | | | Sold | 02/16/18 | K | E | |
| 28. - Sherman-Williams Co. (common) | A | Dividend | K | T | | | | | |
| 29. -Starbucks Corp. (common) | A | Dividend | K | T | Buy (add'l) | 07/23/18 | J | | |
| 30. - Texas Instruments (common) | A | Dividend | K | T | Buy | 02/16/18 | K | | |
| 31. -TJX Companies (common) | A | Dividend | K | T | | | | | |
| 32. - Toro Company (common) | A | Dividend | K | T | Buy (add'l) | 07/23/18 | J | | |
| 33. - Toronto Dominion Bank | A | Dividend | | | Sold | 01/25/18 | K | D | |
| 34. -United Health Group, Inc (common) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Zoetis, Inc. (Class A) | A | Dividend | K | T | Buy | 04/02/18 | K | | |
| 36. - Doubleline Total Return Bond Fund Cl 1 | B | Dividend | L | T | Buy (add'l) | 07/23/18 | J | | |
| 37. - Doubleline Emerging Markets Income Fund Cl 1 | A | Dividend | K | T | Buy | 10/31/18 | K | | |
| 38. - Guggenheim ETF Bullet Shares 2018 Corp Bond | A | Dividend | | | Sold | 01/18/18 | K | A | |
| 39. - Invesco (formerly Guggenheim) ETF Bullet Shares 2019 Corp Bond | A | Dividend | K | T | | | | | |
| 40. - Invesco (formerly Guggenheim) ETF Bullet Shares 2020 Corp Bond | A | Dividend | K | T | Buy (add'l) | 07/23/18 | J | | |
| 41. - Invesco (formerly Guggenheim) ETF Bullet Shares 2021 Corp Bond | A | Dividend | K | T | Buy (add'l) | 02/21/18 | J | | |
| 42. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 43. - Invesco (formerly Guggeneheim) ETF Bullet Shares 2022 Corp Bond | A | Dividend | K | T | Buy (add'l) | 02/21/18 | J | | |
| 44. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 45. - Invesco (formerly Guggenheim) ETF Bullet Shares 2023 Corp Bond | A | Dividend | K | T | Buy (add'l) | 02/21/18 | J | | |
| 46. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 47. - Invesco (formerly Guggenheim) ETF Bullet Shares 2024 Corp. Bond | A | Dividend | K | T | Buy | 01/18/18 | K | | |
| 48. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 49. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 50. - IShares 3-7 Year Treasury Bond ETF | B | Dividend | L | T | Buy (add'l) | 06/11/18 | J | | |
| 51. - IShares Core S&P ETF Midcap | A | Dividend | L | T | Sold (part) | 07/23/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -PIMCO Income Fund Institutional Class | C | Dividend | L | T | Buy (add'l) | 07/23/18 | J | | |
| 53. -Vanguard FTSE All World EX US ETF (formerly Intl. Equity Index) | A | Dividend | L | T | Buy (add'l) | 07/23/18 | J | | |
| 54. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 55. - Vanguard REIT ETF | B | Dividend | L | T | Buy (add'l) | 07/23/18 | J | | |
| 56. - Vanguard Total Bond Fund Market ETF | B | Dividend | L | T | Buy (add'l) | 06/11/18 | J | | |
| 57. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 58. - T. Rowe Price Emerging Markets Fund | B | Dividend | | | Sold | 10/31/18 | K | A | |
| 59. IRA #2 (H) | | | | | | | | | |
| 60. -Schwab Adv. Cash Reserve | A | Dividend | J | T | Sold (part) | 01/02/18 | J | | |
| 61. | | | | | Sold (part) | 01/05/18 | J | | |
| 62. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 63. | | | | | Sold (part) | 02/13/18 | J | | |
| 64. | | | | | Sold (part) | 04/04/18 | J | | |
| 65. | | | | | Sold (part) | 04/04/18 | J | | |
| 66. - Accenture PLC Class A | A | Dividend | J | T | Sold (part) | 02/16/18 | J | B | |
| 67. - Auto Data Processing (common) | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 68. - Amgen Inc. (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Canadian National Railways Co. (common) | A | Dividend | J | T | | | | | |
| 70. - Cummins Inc. | A | Dividend | | | Sold | 08/14/18 | J | A | |
| 71. - CVS Health Corp. (common) | A | Dividend | | | Sold | 02/09/18 | J | A | |
| 72. - Estee Lauder Co. Inc. (Class A) | A | Dividend | J | T | | | | | |
| 73. - Factset Research, Inc. (common) | A | Dividend | K | T | Sold (part) | 04/02/18 | J | B | |
| 74. - FedEx Corp. (common) | A | Dividend | J | T | | | | | |
| 75. - Hormel (common) | A | Dividend | K | T | | | | | |
| 76. - KeyCorp, Inc. (common) | A | Dividend | J | T | Buy | 01/30/18 | J | | |
| 77. - Lowes Companies, Inc. (common) | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 78. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 79. - Magellan Midstream Partners (common) | A | Dividend | | | Sold | 04/02/18 | J | C | |
| 80. - Medtronic, Inc. (common) | A | Dividend | K | T | | | | | |
| 81. - Nike, Inc. (common) | A | Dividend | J | T | | | | | |
| 82. - Novo Nordisk as ADR | | None | | | Sold | 02/16/18 | J | D | |
| 83. - Toronto Dominion Bank | A | Dividend | | | Sold | 01/30/18 | K | C | |
| 84. - Sherman Williams Co. (common) | A | Dividend | J | T | Sold (part) | 05/18/18 | J | B | |
| 85. - Starbucks Corp. (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Texas Instruments (common) | A | Dividend | J | T | Buy | 02/16/18 | J | | |
| 87. - Toro Company (common) | A | Dividend | J | T | Buy (add'l) | 05/18/18 | J | | |
| 88. - TJX Companies (common) | A | Dividend | K | T | | | | | |
| 89. - United Health Group (common) | A | Dividend | K | T | | | | | |
| 90. - Zoetis, Inc. (Class A) | A | Dividend | J | T | Buy | 04/02/18 | J | | |
| 91. - Doubleline Emerging Markets Income Fund | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 92. - Doubleline Total Return Bond Fund Cl 1 | A | Dividend | K | T | | | | | |
| 93. - Guggenheim ETF Bullet Shares 2018 Corp Bond ETF | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 94. - Invesco (formerly Guggenheim) ETF Bullet Shares 2019 Corp Bond | A | Dividend | J | T | | | | | |
| 95. - Invesco (formerly Guggenheim) ETF Bullet Shares 2020 Corp Bond | A | Dividend | J | T | | | | | |
| 96. - Invesco (formerly Guggenheim) ETF Bullet Shares 2021 Corp Bond | A | Dividend | J | T | | | | | |
| 97. - Invesco (formerly Guggenheim) ETF Bullet Shares 2022 Corp Bond | A | Dividend | J | T | | | | | |
| 98. - Invesco (formerly Guggenheim) ETF Bullet Shares 2023 Corp Bond | A | Dividend | J | T | | | | | |
| 99. - Invesco (formerly Guggenheim) ETF Bullet Shares 2024 Corp Bond | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 100. -IShares Core S&P ETF Midcap | A | Dividend | K | T | | | | | |
| 101. -IShares 3-7 Year Treasury Bond ETF | A | Dividend | K | T | | | | | |
| 102. - PIMCO Income Fund Institutional Class | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Vanguard Total Bond Fund Market ETF | A | Dividend | K | T | | | | | |
| 104.  - Vanguard FTSE All World EX US ETF (formerly Intl Equity Index) | A | Dividend | K | T | | | | | |
| 105.  - Vanguard REIT ETF | B | Dividend | K | T | | | | | |
| 106.  - T. Rowe Price - Emerging Markets Fund | A | Dividend | | | Sold | 10/31/18 | J | A | |
| 107.  U.S Savings Bonds Type E | A | Interest | J | T | | | | | |
| 108.  Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 109.  Fidelity Value Fund | A | Dividend | J | T | | | | | |
| 110.  Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 111.  Vanguard 500 Index Admiral Class IRA # 3(H) | D | Dividend | N | T | | | | | |
| 112.  Fidelity Cal. Muni Market | B | Dividend | M | T | | | | | |
| 113.  Fidelity Government Money Market (X) | A | Dividend | J | T | | | | | |
| 114.  Fidelity Puritan Mutual Fund | F | Dividend | N | T | | | | | |
| 115.  Fidelity Insured Deposit | C | Interest | O | T | | | | | |
| 116.  Schwab Adv. Cash Reserve | A | Dividend | J | T | | | | | |
| 117.  Vanguard FTSE All World EX US ETF (formerly Intl Equity Index ) | A | Dividend | J | T | Sold (part) | 07/25/18 | J | A | |
| 118.  IShares Core S&P Midcap ETF | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 119.  Novack Family LLC | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Novack, Charles D. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments and Trusts: Previous financial disclosure reports had referred to a fund called "Vanguard Intl Equity Index Fund." This fund should have been called "Vanguard FTSE All World EX US ETF," and that fund name is now being used. The confusion in the 2015, 2016, and 2017 reports was due to the use of these two names in different documents that the reporter consulted when preparing his fianncial disclosure reports. After further investigation, the fund name is Vanguard FTSE All World EX US ETF.

Investment and Trusts: IRA #3 is now invested in Vanguard 500 Index Admiral Class. This account was formerly invested in the Vanguard 500 Index Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles D. Novack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544